**SO ORDERED.**

Dated: November 13, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge



**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23388/0004990103

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Brian Keith Wirick and Stephanie Raquel Wirick<br>        Debtors.<br>_____<br>National City Mortgage Company<br>        Movant,<br>   vs.<br>Brian Keith Wirick and Stephanie Raquel Wirick, Debtors, Lawrence J. Warfield, Trustee.<br><br>        Respondents. | No. 2:09-bk-22315-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #5) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 27, 2006 and recorded in the office of the Yavapai County Recorder wherein National City Mortgage Company is the current beneficiary and Brian Keith Wirick and Stephanie Raquel Wirick have an interest in, further described as:

> Lot 113, replat of Prescott Highlands, unit II-V, according to the plat of record in the book 31 of maps, page 41 and thereafter replatted in book 38 of maps, page 49 and thereafter replatted in book 45 of maps, page 100 and replatted in book 48 of maps, page 79, reocrds of Yacapai County, Arizona, and affidavit of scrivener's error recorded May 20, 1999 in book 3665, page 109 of official records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT